**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7554

JAMIE PAUL DESPER,

            Plaintiff - Appellant,

       v.

SUPERINTENDENT JACK LEE; MAJOR LORI NICHOLSON; LT. FRED
BYRD; MR. JOHN LILLY; MAJOR LARRY DULL,

            Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Glen E. Conrad, Chief
District Judge. (7:10-cv-00473-GEC-RSB)

Submitted:  February 16, 2012      Decided:  February 23, 2012

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jamie Paul Desper, Appellant Pro Se.   Rosalie Fessier,
TIMBERLAKE, SMITH, THOMAS & MOSES, PC, Staunton, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamie Paul Desper appeals the district court's order entering summary judgment on several of the claims raised in his 42 U.S.C. § 1983 (2006) complaint and dismissing the remainder of them under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Desper v. Lee, No. 7:10-cv-00473-GEC-RSB (W.D. Va. Oct. 20, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED